THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL TOSHNER, RESPONSIBLE BILLING, LLC, and ROADSIDE RESPONSE, LLC,

Plaintiffs,

v.

JP MORGAN CHASE & CO, CHASE BANK,

Defendant.

No. 2:24-cv-00947-MLP

[PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT

THIS MATTER having come before the Court on the Stipulation of the parties for an extension of time for Defendants to file an Answer to the Complaint to August 30, 2024; and good cause having been shown; now, therefore, based on the Stipulation of the parties,

IT IS SO ORDERED.

DATED this 25th day of July, 2024.

_____
Hon. Michelle L. Peterson
United States Magistrate Judge

PROPOSED ORDER EXTENSION OF TIME
TO ANSWER COMPLAINT- 1
CASE NO. 2:24-CV-00947-MLP
444444.3154/9813699.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-1302
206.223.7000 FAX: 206.223.7107

1  Presented by:

2  LANE POWELL, PC

3  By _s/Katie D. Bass_

4  John S. Devlin, III, WSBA No. 23988
   devlinj@lanepowell.com
5  Katie D. Bass, WSBA No. 51369
   bassk@lanepowell.com
6  1420 Fifth Avenue, Suite 4200
   PO Box 91302
7  Seattle, WA 98111-9402
   Tel: 206-223-7000
8  Fax: 206-223-7107

9  Attorneys for Defendant JPMorgan Chase Bank, N.A.

10

11 DANIEL TOSHNER
   RESPONSIBLE BILLING LLC
12 ROADSIDE RESPONSE LLC

13

14 Daniel Toshner, pro se
   On behalf of all Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

~~PROPOSED~~ ORDER EXTENSION OF TIME
TO ANSWER COMPLAINT- 2
CASE NO. 2:24-CV-00947-MLP
444444.3 154/9813699. 1

LANE POWELLrc
1420 FIFTH AVl.lNUfi. SUIT€4200
P.O. BOX 91302
SEATTLB. WA 98111-1302
206.223.7000  FAX: 206.223.7107