UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL TOSHNER, *et al.*,

          Plaintiffs,

   v.

JP MORGAN CHASE CO, *et al.*,

          Defendants.

Case No. C24-947-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

Plaintiffs Daniel Toshner, Responsible Billing LLC, and Roadside Response LLC (together, "Plaintiffs") initially filed this action in King County Superior Court on or around April 24, 2024. (Dkt. # 1-1.) On June 28, 2024, Defendants JPMorgan Chase & Co and Chase Bank (together, "Defendants") removed this action to federal court, where it was assigned to the undersigned U.S. Magistrate Judge. (Dkt. ## 1, 5.)

Plaintiff Daniel Toshner is representing himself in this action pro se. (*See* dkt. # 1-1 at 5.) However, corporate Plaintiffs Responsible Billing LLC and Roadside Response LLC (together, the "LLC Plaintiffs") cannot be represented pro se. "A corporation may appear in federal court

MINUTE ORDER - 1

only through licensed counsel." *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (citing *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 202 (1993)); *see also* LCR 83.2(b)(4) ("A business entity, except a sole proprietorship, must be represented by counsel."). To continue as parties in this matter, the LLC Plaintiffs must engage a licensed attorney to represent them.

Accordingly, Plaintiffs are ORDERED to engage counsel to represent the LLC Plaintiffs, or in the alternative, voluntarily dismiss the LLC Plaintiffs from this matter, by **August 26, 2024**. If the LLC Plaintiffs fail to secure counsel for their representation, the Court will dismiss the LLC Plaintiffs without prejudice. The Clerk is directed to send copies of this order to the parties.

Dated this 14th day of August, 2024.

Ravi Subramanian  
Clerk of Court

By: Tim Farrell  
Deputy Clerk

MINUTE ORDER - 2