UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL TOSHNER, et al., <br><br> Plaintiff(s), <br> v. <br><br> JP MORGAN CHASE AND CO., CHASE BANK, <br><br> Defendant(s). | CASE NO. C24-0947-KKE <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Plaintiff Daniel Toshner requested an extension of the deadline to secure representation for Roadside Response LLC and Responsible Billing LLC. Dkt. No. 26. After Toshner's motion was filed, an attorney appeared on behalf of those entities. *See* Dkt. Nos. 27, 28. Toshner's request for extension (Dkt. No. 26) is retroactively GRANTED.

Dated this 3rd day of September, 2024.

                                         Ravi Subramanian
                                         Clerk

                                         */s/ Serge Bodnarchuk*
                                         Deputy Clerk

MINUTE ORDER - 1