UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL TOSHNER, et al., | CASE NO. C24-0947-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| JP MORGAN CHASE AND CO., CHASE BANK, | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The parties submitted their joint status report, wherein Plaintiff requests that this case be set for a trial by jury. Dkt. No. 35 at 8. The basis for this jury demand is not clear to the Court: it does not appear (from the documents available) that Plaintiff filed a jury demand while the case was pending in King County Superior Court, nor did Plaintiff file a jury demand within 14 days of the service of the notice of removal. *See* Fed. R. Civ. P. 81(c)(3); *see also* Dkt. No. 1-2 at 1 (indicating no jury demand). Defendant expressed no opinion on the jury issue in the joint status report. Dkt. No. 35 at 8.

No later than December 6, 2024, Plaintiff shall file a supplemental report explaining the legal support for the request for a jury trial contained in the joint status report. If Plaintiff does not

MINUTE ORDER - 1

file a supplemental report, or if the report indicates that a jury trial was not timely demanded, the Court will schedule this matter for a bench trial.

Dated this 22nd day of November, 2024.

Ravi Subramanian
Clerk

/s/ Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2