THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL TOSHNER, RESPONSIBLE BILLING, LLC, and ROADSIDE RESPONSE, LLC, | No. 2:24-cv-00947-KKE |
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| JP MORGAN CHASE & CO, CHASE BANK, | |
| Defendant. | |

STIPULATION AND ORDER OF DISMISSAL - 1
No. 2:24-cv-00947-KKE

## **STIPULATION**

IT IS HEREBY stipulated and agreed by the Parties hereto, through their undersigned attorneys of record, that all claims asserted by Plaintiff Daniel Toshner against Defendants JP Morgan Chase & Co. and Chase Bank in the above-entitled matter are dismissed with prejudice and without an award of attorney fees or costs to any party.

DATED: March 4, 2025

LAW OFFICE OF MARK KNAPP, PLLC        DANIEL TOSHNER

By: *s/ Mark S. Knapp*                                    By: *s/ Daniel Toshner*
     Mark S. Knapp, WSBA No. 19228            Daniel Toshner
     PO Box 914                                             1387 Fairway Drive
     Liberty Lake, WA 99019                          Camarillo, CA 93010
     Telephone: 253-202-2081                        Telephone: 714-814-0044
     mark@firearmslawyer.net                       d.tosh13@gmail.com

*Attorney for Plaintiffs, Responsible
Billing LLC and Roadside Response, LLC*        *Pro se Plaintiff*

BALLARD SPAHR LLP

By: *s/ John S. Devlin*
     John S. Devlin, III, WSBA No. 23988
     Katie Bass, WSBA No.51369
     Dailey Koga, WSBA No. 58683
     1420 Fifth Avenue, Suite 4200
     P.O. Box 91302
     Seattle, Washington 98111-9402
     Telephone: 206.223.7000
     devlinj@ballardspahr.com
     bassk@ballardspahr.com
     kogad@lanepowell.com

*Attorneys for Defendant JPMorgan Chase Bank, NA*

**ORDER**

The Court has reviewed the parties' stipulation (Dkt. No. 43) and hereby DISMISSES WITH PREJUDICE all claims by Plaintiff Daniel Toshner against Defendants JPMorgan Chase & Co. and Chase Bank, and without an award of attorney's fees or costs to any party. Toshner's motion to withdraw (Dkt. No. 41) is DENIED AS MOOT.

SO ORDERED this 5th day of March, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge