UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL TOSHNER, et al.,<br><br>    Plaintiff(s),<br><br> v.<br><br>JP MORGAN CHASE AND CO., CHASE BANK,<br><br>    Defendant(s). | CASE NO. C24-0947-KKE<br><br>ORDER OF DISMISSAL |

 The parties have notified the Court that they have settled this case and that all claims may be dismissed with prejudice. As it appears that no issue remains for the Court's determination, the Court ORDERS that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party. The trial date and pretrial dates previously set (Dkt. No. 40) are hereby VACATED.

 Dated this 2nd day of May, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1